No. 65452.—Ecuadorian Panama Hat Co., Inc. (S. Stern Henry & Co.) *v.* United States, protest 60/26511 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

No. 65453.—Elvic Import Corp. *v.* United States, protest 60/18453 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C.D. 1837), the claim of the plaintiff was sustained.

No. 65454.—J. Eisenberg, Inc., et al. *v.* United States, protests 59/30347, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of thread waste; that the threads covered by the invoice descriptions in which the word "nylon" was used were of the same material as the threads in the knit cloth the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727); and that the threads covered by the invoice description in which the word "orlon" was used were made of noncellulosic materials, the claim of the plaintiffs was sustained.